FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 JUL 19 PM 4 47

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 12CR165-S |
| | ) | |
| Plaintiff, | ) | Cts. 1-2: 18 U.S.C. § 2113(a) |
| | ) | (Bank Robbery) |
| v. | ) | |
| | ) | Ct. 3: 18 U.S.C. § 2113(a) |
| | ) | (Attempted Bank Robbery) |
| JOSHUA MICHAEL BECKSTEAD, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 15, 2012, in the District of Wyoming, the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did take from the person and presence of another money, to wit: approximately $2,836.00, belonging to and in the care, custody, control, management, and possession of the American National Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT TWO

On or about June 19, 2012, in the District of Wyoming the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did take from the person and presence of another money, to wit: approximately $3,350.00, belonging to and in the care, custody, control, management and possession

of the First Bank of Wyoming in Cody, Wyoming, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT THREE

On or about June 19, 2012, in the District of Wyoming the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did attempt to take from the person and presence of another money, belonging to and in the care, custody, control, management and possession of Sunlight Federal Credit Union in Cody, Wyoming, the deposits of which were then insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_Christopher A. Crofts_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**     JOSHUA MICHAEL BECKSTEAD

**DATE:**     7/17/2012

**INTERPRETER NEEDED:** ____ Yes     __X__ No

**VICTIM:**     __X__ Yes     ____ No

**SEAL CASE:**     ____ Yes     __X__ No

**OFFENSE:**     **Ct. 1:**  18 U.S.C. § 2113(a)
(Bank Robbery)

**PENALTIES:**     0-20 Years Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**     **Ct. 2:**  18 U.S.C. § 2113(a)
(Bank Robbery)

**PENALTIES:**     0-20 Years Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**     **Ct. 3:**  18 U.S.C. § 2113(a)
(Attempted Bank Robbery)

**PENALTIES:**     0-20 Years Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**     0-60 Years Imprisonment
$750,000 Fine
3 Years Supervised Release
$300 Special Assessment

**AGENT:**     David Donati, FBI
**AUSA:**     Stuart S. Healy, III

**ESTIMATED TIME OF TRIAL:** _____ 1-5 days   \_\_✔\_\_\_ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

        ✔\_\_ Yes   \_\_\_\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

        \_\_\_ Yes   \_\_\_\_\_ No