

FILED

10:55 am, 7/26/12

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

JOSHUA MICHAEL BECKSTEAD
_____
DEFENDANT

Case No. 12-CR-165-S   Date 7/26/12

Time 10:38 - 10:53

☑ Indictment          ☐ Information
☐ Complaint          ☐ Other

Offense   Bank Robbery

Before the Honorable,   Kelly H. Rankin

Recorded  FTR Courtroom 3  ☐ Disk NO.

| Zac Fisher | Julie Thomas | Phil Caldwell | Lisa Leschuck | Robert MacMaster |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared   ☐ Voluntarily
           ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing   Jim Barrett
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

1.   Initial appearance   Date 7/26/12   (Comments) _____

**BOND IS**   ☑ Defendant is detained
              ☐ Set at $ _____ ☐ Cash or Surety ☐ Unsecured
              ☐ Continued on the same terms and conditions
              ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

☐ Other

_____
_____
_____
_____
_____

# MAGISTRATE CRIMINAL PROCEEDING SHEET
### Disposition by District Court

☑ Bail review/detention hearing       Date _7/26/12_____

☑ Defendant detained -     Reasons

Outstanding warrant in Utah.  Defendant may petition this Court for a review of detention at a later date._____

_____

_____

☑ Defendant committed to custody of U.S. Marshal

☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived

☐ Removal hearing waived      ☐ Removal hearing held     Date _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____

      ☐ Bond to transfer     Defendant to report on or before _____

      ☐ Warrant of removal and final commitment to issue

☐ Case continued to _____   for _____

☐ Other _____

_____

2.     Preliminary hearing       Date _____

      Witnesses

_____

_____

      Outcome

          ☐ Bound over to U.S. District Court     ☐ Dismissed

☐ Other _____

_____

_____

# Arraignment

☐ Defendant waives indictment

☐ Information filed by Government

☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☑ Not guilty to count(s) _1, 2, 3_____ of an _Indictment_____

☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☑ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☑ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☑ Motions to be filed in _20_____ days or | ☐ Defendant advised on consequence of a plea of guilty |
| ~~On / Before~~ No photocopying of discovery | ☐ Plea agreement filed |
| ☑ Trial date set for _10/1/12___ at _9:00 a.m._ | ☐ Sentencing set for _____ at _____ |
| In _Casper, Wyoming_ | In _____ |
| ☑ Speedy trial expires on _10/4/12_____ | ☐ Plea conditionally accepted |

# MAGISTRATE CRIMINAL PROCEEDING SHEET
### Disposition by District Court