# United States District Court
## For The District of Wyoming

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 12CR165-S |
| JOSHUA MICHAEL BECKSTEAD, | ) ) | |
| Defendant. | ) ) | |

## MINUTE ORDER SETTING STATUS REPORT AND PLEA AGREEMENT DEADLINE

**Minute Order entered by Honorable Scott W Skavdahl**
**IT IS HEREBY ORDERED:**

Pursuant to the trial scheduled for October 1, 2012, the parties are instructed to submit a Joint Status Report to the Court no later than September 12, 2012, as to their preparedness to proceed to trial.

The parties are also advised that the plea agreement deadline is set for September 21, 2012. This deadline is a firm deadline and supersedes all previous deadlines set in this case. Although the Defendant retains his right to plead guilty without an agreement at any time, the Court ordinarily will not consider a plea pursuant to a written plea agreement filed after the plea agreement deadline. Nonetheless, the Court reserves the right, in its absolute discretion, to take a plea pursuant to a written plea agreement after the plea agreement deadline and may impose the costs and fees incurred by the Clerk of Court in assembling a jury for trial on the individual attorney(s) involved.

Any motions to continue the current trial date shall be filed, to the extent practicable, in advance of the plea agreement deadline. The parties are reminded that any motion to continue the current trial

date under 18 U.S.C. § 3161(h)(7)(A) will not be granted unless the reasons set forth therein are sufficient for this Court to conclude that the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial. Any such motion should address the factors set forth in 18 U.S.C. § 3161(h)(7)(B) as well as any other factors relevant to the Court's determination. Finally, the parties are directed to confer with all other counsel prior filing a motion to continue to determine whether any other party opposes the motion. The motion shall include a statement of the other parties' positions as well as an indication of the length of continuance required. Filing a motion to continue does not guarantee a continuance by the Court.

Dated this 4th day of September, 2012.

Stephan Harris
Clerk, United States District Court

by /s/
Darci Smith, Deputy Clerk

cc: Counsel of Record