Stuart S. Healy
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
(307) 772-2124

James H. Barrett
Federal Public Defender's Office
214 West Lincolnway, Suite 31A
Cheyenne, WY 82001
307/772-2781

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Criminal No. 12-CR-165-S** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSHUA MICHAEL BECKSTEAD,** | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT TO THE COURT

Pursuant to the court's minute order dated September 4, 2012, the parties submit this Status Report. Though the court requested a "joint" status report, defense counsel, as the court certainly knows, is unavailable because of a serious illness.

The parties continue to discuss a possible resolution in this matter. The parties will meet again on Friday, September 14, 2012 for further discussions. At this point, and depending upon the outcome of the September 14, 2012, meeting, both parties believe that the jury trial currently set for October 1, 2012, will not be necessary.

The parties will update this status report following the September 14, 2012, meeting.

**DATED** this 12th day of September, 2012.

                                  Respectfully submitted,

                                  CHRISTOPHER A. CROFTS
                                  United States Attorney

By:    */s/ Stuart S. Healy, III*
           Stuart S. Healy, III
           Assistant United States Attorney