Stuart S. Healy
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
(307) 772-2124

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Criminal No. 12-CR-165-S** |
| v. | ) | |
| | ) | |
| **JOSHUA MICHAEL BECKSTEAD,** | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR STATUS HEARING

The United States, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorney Stuart S. Healy, III, hereby requests a status hearing on the above entitled matter. The Defendant has been indicted and investigated in several other jurisdictions and the parties would request a hearing to discuss a global disposition.

**DATED** this 19th day of September, 2012.

Respectfully submitted,

CHRISTOPHER A. CROFTS

United States Attorney

By:      */s/ Stuart S. Healy, III*

Stuart S. Healy, III

Assistant United States Attorney