JAMES H. BARRETT
Assistant Federal Public Defender
214 West Lincolnway, Suite 31-A
Cheyenne, Wyoming 82001
P. (307) 772-2781
F. (307) 772-2788

STUART S. HEALY, III
Assistant United States Attorney
PO Box 668
Cheyenne, Wyoming 82001
P.  (307) 772-2123
F.  (307) 772-2123

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.      12-CR-0165-S |
| **JOSHUA MICHAEL BECKISTEAD**, | ) | |
| | ) | |
| Defendant. | ) | |

### *JOINT STATUS REPORT*

Come now counsel for the United States and the Defendant and pursuant to this Court's

**MINUTE ORDER SETTING STATUS REPORT DEADLINE** and requesting submission of

a joint response regarding the status of the Rule 20 transfer of this case, does report as follows.

The District, of Utah, Western Oklahoma and Montana have agreed to the transfer of

charges arising in their Districts to the District of Wyoming for final disposition and sentencing.

In addition, the defendant has executed consents to the transfer of charges from each of the

referenced Districts to the District of Wyoming for purposes of sentencing and the United States

and the Defendant will, shortly, be executing a Plea Agreement in disposition of this as well as

those  matters being transferred from Utah, Oklahoma and Montana and which agreement will

address terms of sentence encompassing and agreed in all such matters.

DATED this 9th day of November, 2012.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

*/s/ James H. Barrett*
James H. Barrett
Assistant Federal Defender
214 West Lincolnway, Suite 31-A
Cheyenne, Wyoming 82001
(307) 772-2781