JAMES H. BARRETT  
Assistant Federal Public Defender  
District of Wyoming  
214 West Lincolnway, Suite 31-A  
Cheyenne, Wyoming 82001  
P: (307) 772-2781  
F: (307) 772-2788  

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   12CR00165-01S |
| **JOSHUA BECKSTEAD**, | ) ) | 12CR00262-01S 12CR00263-01S |
| Defendant. | ) ) ) | 12CR00280-01S |

**<u>DEFENDANT'S UNOPPOSED MOTION<br>TO CONTINUE SENTENCING</u>**

Comes now the defendant and his attorney James H. Barrett, Assistant Federal Public Defender, and do hereby request that his sentencing be vacated and continued until a time and date after February 27, 2013. As grounds herefore, the Defendant would advise the Court that the continuance is necessary due to counsel being engaged in a trial in Cheyenne for he period February 25, 2013 through approximately March 1, 2013.

This motion has been discussed among counsel for the defendant and counsel for the State of Wyoming and the United States and there is no objection to the granting of the motion.

The defendant would further advise the court that the granting of this motion is in the best

interests of justice and of the people as well as in the best interest of this defendant.

DATED this 8th day of February 2013

                                          Respectfully submitted,

                                          RAYMOND P. MOORE
                                          Federal Public Defender


                                          /s/ *James H. Barrett*
                                          JAMES H. BARRETT,
                                          Assistant Federal Defender
                                          214 West Lincolnway, Suite 31-A
                                          Cheyenne, Wyoming 82001
                                          (307) 772-2781


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by electronic filing, upon the following, on the 8th day of February 2013:

Stuart Healy
AUSA

                                          /s/ James H. Barrett
                                          James H. Barrett