# CRIMINAL MINUTE SHEET
## SENTENCING

Date: 3/7/2013  ☐ Non-Public Document   Case No.: 12cr165,262,263 & 280
Time: 10:48- 11:26                        Interpreter:
                                          Int. Phone:

**USA** vs. Joshua Michael Beckstead

| Scott W. Skavdahl | Darci Smith | Jamie Hendrich | John Olive/VC | Hoose/Ramsey |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**   Government: Stephanie Sprecher
                  Defendant: James Barrett
                  ☐ CJA   ☑ FPD   ☐ RET   ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's ____ objections to presentence report
   ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report
Defendant guidelines out at OL 23, CH 6;

☐ Witness(es) ____
☐ Exhibits received by Court ____

☐ Government to move for departure within 1 year of sentencing
Downward Departure   ☐ Granted   ☐ Denied

**SENTENCING INFORMATION**
☑ Defendant is committed to custody
   For a period of  112  months  as to Count(s)  1 & 2    112  months  as to Count(s)  1
                    112  months  as to Count(s)  1        112  months  as to Count(s)  1
☑ Sentence shall be served concurrent to on each count as to all 4 cases.
☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
   For a period of  3  Year(s)  as to Count(s)  all  ____ as to Count(s) ____
                   ____        as to Count(s) ____  ____ as to Count(s) ____
☐ Supervised Release shall be served to ____
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of ____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☐ Abide by the standard conditions of supervision
☐ Home confinement for a period of ____
☐ Not use or possess firearms/ammunition/explosives
☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☑ Submit to mandatory drug testing (w/in 15 days of release)
☐ Notify Probation of change in economic circumstance
☐ Notify employers of conviction
☑ Submit person, residence, office or vehicle to a search

☑ Report to Probation w/in 72 hours of release
☑ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☐ Not use or possess controlled substances/drugs
☐ Not open new lines of credit or incur new debt
☑ Submit to additional drug/alcohol testing and treatment
☐ Mandatory drug testing is waived
☐ DNA collection
☑ Cognitive/Behavioral Treatment
☑ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

☑ Other (continued from conditions of Probation/Supervised Release)
   Defendant shall resolve any outstanding warrants within 6 months of his release from custody.

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of  $ 500.00  as to Count(s)  all 5  , _____ as to Count(s) _____, _____ as to Count(s), _____, _____ as to Count(s) _____ for a **total** of  $ 500.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least $ 25.00/10% during the term of supervision
☑ Special assessment remitted upon deportation of the defendant

☐ Defendant shall pay a **fine** in the amount of _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of  $ 0.00
☐ Fine is due and payable immediately
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Fine shall be paid in monthly installments of at least $ _____ during the term of supervision
☐ Fine shall be paid jointly and severally with _____
☑ Fine is waived due to inability to pay

☑ Defendant shall make **restitution** in the amount of  $ 14,033.00  as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of  $ 14,033.00
☑ Restitution is due and payable immediately
☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Restitution shall be paid in monthly installments of at least $ 25.00 during the time of supervision
☐ Restitution shall be paid jointly and severally with _____
☑ Other restitution information   See addendum to minutes - restitution chart.

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall **report** to institution as directed by Probation
☑ Court **recommends placement** at   in a facility in the State of Oregon

☐ Court recommends defendant participate in the prison industries program
☑ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☑ Defendant advised of right to appeal    ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property

☑ Count(s)  3 in 12cr165-S  of the  Indictment  **dismissed** on the motion of the United States