Clerk of U.S. District Court.

7-24-17
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 JUL 27 AM 9:10
STEPHAN HARRIS, CLERK
CASPER

I recently requested a copy of my motion of Discovery or P.S.I. I have not recieved it. As of 7/24/17 I would also like a Dockett sheet please Have moved to U.S.P. McCreary
Box 3000
Pine knot ky
42635

1. Discovery
2. Dockett Sheet
3. P.S.I

thank you.

Josh Beckstead 11698059

Josh Beckstead 11698059
United States Prison
P.O. Box 3000
Pineknot KY
42635



Clerk of United States District Court
111 S. Wolcott, Room 121
Casper WY
82601

82601-253446