# United States District Court
# District of Wyoming

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

| | | | |
|---|---|---|---|
| Name of Offender : | Joshua Michael Beckstead | Case No.: | 12CR-0165-S; 0262; 0263; 0280 |
| Sentencing Judicial Officer: | Scott W. Skavdahl | | |
| Date of Original Sentence: | March 7, 2013 | | |
| Original Offense: | 12CR-0165-S Count 1: Bank Robbery; Count 2: Bank Robbery<br>12CR-0262-S Count 1: Credit Union Robbery<br>12CR-0263-S Count 1: Credit Union Robbery<br>12CR-0280-S Count 1: Bank Robbery | | |
| Original Sentence: | 112 months custody/ 3 years supervised release | | |
| Type of Supervision: | Supervised Release | | |
| Date Supervision Commenced: | May 13, 2020 | | |
| Assistant U.S. Attorney: | Stuart S. Healy | | |
| Defense Attorney: | James H. Barrett | | |

### Petitioning the Court

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 90 days and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant shall comply with a schedule established by the supervising officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the probation officer.**

**The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.**

### Cause

On or about February 4, 2021, the defendant used methamphetamine as evidenced by his positive urinalysis drug test submitted on that date. On February 11, 2021, the defendant admitted he used methamphetamine and signed a written admission stating he used methamphetamine on February 3, 2021.

The possible consequences were discussed with the defendant should he continue to use methamphetamine or continue to associate with people that are using the illegal substance. Subsequently, Mr. Beckstead was verbally reprimanded and directed to disclose his relapse with his substance abuse counselor Ken Hicks.

On March 1, 2021, the defendant submitted an instant urinalysis drug test that tested presumptive positive for methamphetamine. Mr. Beckstead admitted he relapsed and signed a written admission stating he used methamphetamine on or about February 26, 2021.

On March 1, 2021, the defendant signed a Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to home detention for 90 days. It is believed that home detention with location monitoring is the best course of action to reduce community access, provide an opportunity for additional treatment, and increase structure.

On March 2, 2021, the Probation Officer spoke with the defendant's counselor Ken Hicks. He agreed to increase Mr. Beckstead's counseling to level 2.1 Intensive Outpatient Treatment.

Joshua Michael Beckstead

I declare under penalty of perjury that the foregoing is true and correct.

_____      3-9-2021
Josh Oster                         Date
U.S. Probation Officer

Approved by: _____
Angie Miller
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_____      3/9/21
Scott W. Skavdahl                  Date
Chief U.S. District Judge

Page 2 of 2

PROB 49
Modified 01/2002

## UNITED STATES DISTRICT COURT
### for
### DISTRICT OF WYOMING

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> **The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 90 days and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant shall comply with a schedule established by the supervising officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the probation officer.**
>
> **The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.**

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _____    Date: 3-1-21
Joshua Beckstead
Defendant

Witness: _____   Date: 3-1-2021
Josh Oster
U.S. Probation Officer