# United States District Court
## District of Wyoming

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: | Joshua Michael Beckstead |
| Case No.: | 12CR-0165-S; 0262; 0263; 0280 |
| Sentencing Judicial Officer: | Scott W. Skavdahl |
| Date of Original Sentence: | March 7, 2013 |
| Original Offense: | 12CR-0165-S Count 1: Bank Robbery; Count 2: Bank Robbery<br>12CR-0262-S Count 1: Credit Union Robbery<br>12CR-0263-S Count 1: Credit Union Robbery<br>12CR-0280-S Count 1: Bank Robbery |
| Original Sentence: | 112 months custody/ 3 years supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | May 13, 2020 |
| Date Supervision Modified: | March 9, 2021; 90 days location monitoring program |
| Assistant U.S. Attorney: | Stuart S. Healy |
| Defense Attorney: | James H. Barrett |

*FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 2021 APR 14 PM 4:42 MARGARET BOTKINS, CLERK CASPER*

### Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have filed an amended petition

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total of ___ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____          4-14-2021
Josh Oster                                Date
U.S. Probation Officer

Approved by: _____
Angie Miller
Supervisory U.S. Probation Officer

Petition for Warrant
Joshua Michael Beckstead

**THE COURT ORDERS:**
☐ No Action
☒ The issuance of a warrant
☐ The issuance of a summons
☐ Other

**THE COURT FURTHER ORDERS:**
☒ Counsel to file Notice of Intent to Contest the Results of the Urinalysis Testing within two days of the Initial Appearance on this Petition.

_____
Scott W. Skavdahl
Chief U.S. District Judge

4/14/21
Date

**Violation No. 1**
Standard Condition        The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance**
On or about February 4, 2021, and February 8, 2021, the defendant used methamphetamine as evidenced by his positive urinalysis drug tests submitted on those dates.

**U.S. Probation Officer's Action**
On February 11, 2021, the defendant admitted he used methamphetamine and signed a written admission stating he used methamphetamine on February 3, 2021.

The possible consequences were discussed with the defendant should he continue to use methamphetamine or continue to associate with people that are using the illegal substance. Subsequently, Mr. Beckstead was verbally reprimanded and directed to disclose his relapse with his substance abuse counselor Ken Hicks.

**Violation No. 2**
Standard Condition    7    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance**
On March 1, 2021, the defendant submitted an instant urinalysis drug test that tested presumptive positive for methamphetamine. Mr. Beckstead admitted he relapsed and signed a written admission stating he used methamphetamine on or about February 26, 2021. Furthermore, on March 2, 2021, the defendant submitted a urinalysis drug test which confirmed positive for methamphetamine.

**U.S. Probation Officer's Action**
On March 9, 2021, the defendant's conditions of supervised release were modified to require the defendant serve 90 days on the location monitoring program in response to his continued non-compliance.

On March 12, 2021, Mr. Beckstead was signed up for the location monitoring program and referred for increased counseling at a level 2.1 Intensive Outpatient Treatment at Crossroads Counseling Center.

**Violation No. 3**
Standard Condition    7    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

Petition for Warrant
Joshua Michael Beckstead

### Nature of Noncompliance

On or about April 5, 2021, the defendant used methamphetamine as evidenced by his presumptive positive drug test submitted on that date and his written admission signed on April 6, 2021.

### U.S. Probation Officer's Action

A *Petition for Warrant for Offender Under Supervision* is submitted to the Court.

---

### Penalties for Supervised Release Violations:

**Statutory Penalties:** According to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release and require the person to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. The maximum revocation term of custody for a Class C Felony is 2 years.

Pursuant to 18 U.S.C. § 3583(h), if supervision is revoked and the defendant is sentenced to a term of imprisonment, the Court may sentence the defendant to an additional term of supervised release. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the original offense, less any term of imprisonment imposed upon revocation of supervised release.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a). This section states that for Grade C Violations with a Criminal History Category of VI, and where the defendant was on supervised release as a result of a sentence for a Class C felony, the applicable imprisonment range is 8 to 14 months.

Pursuant to U.S.S.G. § 7B1.3(g)(2), the term should not exceed the original term of supervised release authorized by statute less any term of imprisonment imposed upon revocation.



# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 58180773 |
| Specimen ID Number: | B04636145 |
| Specimen Type: | URINE |

WYOMING PROBATION - CASPER

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670    Fax: 307-261-5759

Collection Site Number: 10890001P
Collection Site Name: WYOMING PROBATION - CASPER
Collection Site Address: 111 S. WOLCOTT
Collection Site City, State Zip: CASPER, WY 82602
Collection Site Phone: 307-261-5752
Collection Site Fax: 000-000-0000

PACTS Number: 15204
Onsite Test ID: 0718378
Case Officer Initials: KA

Collector Name
NA

Donor Name/ID: BECKSTEAD

Date Collected: 02/04/21
Date Received: 02/15/21
Date Reported: 02/18/21

Reason for Drug Test: Urine Surveillance

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 97 % |
| | L-METHAMPHETAMINE | 2 % |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_____
GEORGE DORSEY - CERTIFYING TECHNICIAN/SCIENTIST

NA
_____
COLLECTOR NAME

Page 1 of 1



**Abbott**

# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 58272536 |
| Specimen ID Number: | B04636150 |
| Specimen Type: | URINE |

WYOMING PROBATION - CASPER

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670   Fax: 307-261-5759

Collection Site Number: 10890001P
Collection Site Name: WYOMING PROBATION - CASPER
Collection Site Address: 111 S. WOLCOTT
Collection Site City, State Zip: CASPER, WY 82602
Collection Site Phone: 307-261-5752
Collection Site Fax: 000-000-0000

| | |
|---|---|
| PACTS Number: | 15204 |
| Onsite Test ID: | 078403 |
| Case Officer Initials: | KA |
| Collector Name | NA |

Donor Name/ID: BECKSTEAD

Reason for Drug Test: Urine Surveillance

| | |
|---|---|
| Date Collected: | 02/08/21 |
| Date Received: | 03/02/21 |
| Date Reported: | 03/06/21 |

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | AMPHETAMINE | |
| | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 96 % |
| | L-METHAMPHETAMINE | 3 % |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

*(signature)*

TRANISHA SMOTHERS - CERTIFYING TECHNICIAN/SCIENTIST

NA

COLLECTOR NAME

Page 1 of 1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF WYOMING

## Admission of Drug Use

I, _Josh  Beckstead_, HEREBY ADMIT THAT I HAVE USED THE FOLLOWING DRUG(S) ON THE DATE(S) INDICATED BELOW WITHOUT PROPER MEDICAL AUTHORIZATION IN THE FORM OF A VALID PRESCRIPTION OR PHYSICIAN'S INSTRUCTIONS:

_meth_            _2-03-2021_
**DRUG**           **DATE**

**DRUG**           **DATE**

**DRUG**           **DATE**

THIS ADMISSION OF DRUG USE IS MADE VOLUNTARILY AND WITHOUT THREAT OR PROMISE, AND I UNDERSTAND THAT IT CAN BE USED AGAINST ME IN A COURT OF LAW OR U. S. PAROLE COMMISSION PROCEEDINGS.

SIGN: _[signature]_
DATE: _2-11-2021_

_[signature]_
WITNESS

09/03/2004



# DRUG TEST REPORT

**Abbott**

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

WYOMING PROBATION - CASPER

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670     Fax: 307-261-5759

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 58375505 |
| Specimen ID Number: | B04636157 |
| Specimen Type: | URINE |

Collection Site Number: 10890001P
Collection Site Name: WYOMING PROBATION - CASPER
Collection Site Address: 111 S. WOLCOTT
Collection Site City, State Zip: CASPER, WY 82602
Collection Site Phone: 307-261-5752
Collection Site Fax: 000-000-0000

| | |
|---|---|
| PACTS Number: | 15204 |
| Onsite Test ID: | 078809 |
| Case Officer Initials: | KA |
| Collector Name | NA |

Donor Name/ID: BECKSTEAD

Reason for Drug Test: Urine Surveillance

| | |
|---|---|
| Date Collected: | 03/02/21 |
| Date Received: | 03/12/21 |
| Date Reported: | 03/17/21 |

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 96 % |
| | L-METHAMPHETAMINE | 3 % |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_(signature)_

WARREN GLAPION - CERTIFYING TECHNICIAN/SCIENTIST

NA

COLLECTOR NAME

Page 1 of 1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF WYOMING

## Admission of Drug Use

I, _____, HEREBY ADMIT THAT I HAVE USED THE FOLLOWING DRUG(S) ON THE DATE(S) INDICATED BELOW WITHOUT PROPER MEDICAL AUTHORIZATION IN THE FORM OF A VALID PRESCRIPTION OR PHYSICIAN'S INSTRUCTIONS:

DRUG: _pearl mlh_   DATE: 2-6-76

DRUG: _____   DATE: _____

DRUG: _____   DATE: _____

THIS ADMISSION OF DRUG USE IS MADE VOLUNTARILY AND WITHOUT THREAT OR PROMISE, AND I UNDERSTAND THAT IT CAN BE USED AGAINST ME IN A COURT OF LAW OR U. S. PAROLE COMMISSION PROCEEDINGS.

SIGN: _____
DATE: 3-1-2021

WITNESS: _____

09/03/2004

# UNITED STATES PROBATION OFFICE
# DISTRICT OF WYOMING

## Admission of Drug Use

I, __Josh Beckstead__, HEREBY ADMIT THAT I HAVE USED THE FOLLOWING DRUG(S) ON THE DATE(S) INDICATED BELOW WITHOUT PROPER MEDICAL AUTHORIZATION IN THE FORM OF A VALID PRESCRIPTION OR PHYSICIAN'S INSTRUCTIONS:

__Methamphetamine__  __4-1-21__
DRUG                  DATE

_____     _____
DRUG                  DATE

_____     _____
DRUG                  DATE

THIS ADMISSION OF DRUG USE IS MADE VOLUNTARILY AND WITHOUT THREAT OR PROMISE, AND I UNDERSTAND THAT IT CAN BE USED AGAINST ME IN A COURT OF LAW OR U. S. PAROLE COMMISSION PROCEEDINGS.

SIGN: _____
DATE: __4-6-21__

_____
WITNESS

09/03/2004

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| United States of America<br>v.<br>Joshua Michael Beckstead<br><br>*Defendant* | )<br>)  Case No.  12-cr-00165-SWS-1<br>)                 12-cr-00262-SWS-1<br>)                 12-cr-00263-SWS-1<br>)                 12-cr-00280-SWS-1<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA MICHAEL BECKSTEAD                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Petition to Revoke Supervision:
12-cr-00165-SWS-1
12-cr-00262-SWS-1
12-cr-00263-SWS-1
12-cr-00280-SWS-1

Date:  04/14/2021

*Issuing officer's signature*

City and state:   Casper, WY                                    Margaret Botkins, Clerk, U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                              Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: