IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL BECKSTEAD<br><br>Defendant. | Case No.  12-CR-165-SWS<br>12-CR-262-SWS<br>12-CR-263-SWS<br>12-CR-280-SWS |

### ORDER REVOKING DEFENDANT'S SUPERVISED RELEASE

The above captioned matter came before the Court on May 6, 2021, on a Petition for Warrant for Arrest and Revocation of Supervised Release. The Court having heard evidence, the Defendant having admitted to the violations contained in the Petition,

**FINDS and ORDERS** as follows:

The defendant is found to be in material violation of the terms and conditions of supervision, and supervision is revoked. The defendant is sentenced 60 days imprisonment, followed by 24 months of supervised release. The first 120 days of supervision to be completed at a Residential Re-entry Center (RRC) as public law. The defendant is to comply with the new standard and mandatory conditions adopted by this Court. In addition, all other previous conditions and restitutions, if any, remain in full force and effect in all cases, with the exception of the search condition to be amended to read as follows:

> The defendant shall submit his person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, to a search conducted by a

United States probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

Dated this 7th day of May, 2021.

Scott W. Skavdahl
Chief United States District Judge