# United States District Court
# District of Wyoming

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: | Joshua Michael Beckstead |
| Case No.: | 12CR-0165-S; 0262; 0263; 0280 |
| Sentencing Judicial Officer: | Scott W. Skavdahl |
| Date of Original Sentence: | March 7, 2013 |
| Original Offense: | 12CR-0165-S Count 1: Bank Robbery; Count 2: Bank Robbery |
| | 12CR-0262-S Count 1: Credit Union Robbery |
| | 12CR-0263-S Count 1: Credit Union Robbery |
| | 12CR-0280-S Count 1: Bank Robbery |
| Original Sentence: | 112 months custody/ 3 years supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | May 13, 2020 |
| Date Supervision Modified: | March 9, 2021; 90 days location monitoring program |
| Date Supervision Revoked: | May 6, 2021; 60 days custody / 24 months supervised release, first 120 days at residential reentry center |
| Date Supervision Re-commenced: | June 19, 2021 |
| Date Supervision Modified: | December 10, 2021; 60 days location monitoring program |
| Assistant U.S. Attorney: | Stuart S. Healy |
| Defense Attorney: | Tracy Hucke |

### Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have filed an amended petition

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

### U.S. Probation Officer Recommendation:

☒ The term of supervision should be
　　☒ revoked.
　　☐ extended for ___ years, for a total of ___ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____
Josh Oster
Senior U.S. Probation Officer

Date: 1-21-2022

Approved by: _____
Angie Miller
Supervisory U.S. Probation Officer

Page 1 of 4

Petition for Warrant
Joshua Michael Beckstead

**THE COURT ORDERS:**
☐ No Action
☒ The issuance of a warrant
☐ The issuance of a summons
☐ Other

**THE COURT FURTHER ORDERS:**
☒ Counsel to file Notice of Intent to Contest the Results of the Urinalysis Testing within two days of the Initial Appearance on this Petition.

_____
Scott W. Skavdahl
Chief U.S. District Judge

Date: 1/21/22

---

**Violation No. 1**

Standard Condition        The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance**
On or about November 3, 2021, the defendant used methamphetamine as evidenced by his positive urinalysis drug test submitted on that date.

**U.S. Probation Officer's Action**
On November 5, 2021, the defendant admitted he used methamphetamine and signed a written admission. The defendant was verbally reprimanded for his use and the possible consequences were discussed should he continue to use methamphetamine or continue to associate with people that are using the illegal substance. Furthermore, he was scheduled for an updated substance abuse evaluation on November 8, 2021.

---

**Violation No. 2**

Standard Condition        7        The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance**
On November 11, 2021, the defendant used methamphetamine as evidenced by his positive urinalysis drug test submitted on that date.

**U.S. Probation Officer's Action**
See Violation No. 3

---

**Violation No. 3**

Standard Condition        7        The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance**
On or about November 22, 2021, the defendant used methamphetamine as evidenced by his positive urinalysis drug test submitted on that date and his verbal admission on December 6, 2021.

**U.S. Probation Officer's Action**
On December 6, 2021, the defendant was confronted in response to the positive drug test submitted on November 11, 2021, and he was informed the drug test collected on November 22, 2021, was presumptive positive for amphetamines. He verbally admitted using methamphetamine on those dates.

Petition for Warrant
Joshua Michael Beckstead

His substance abuse evaluation had been rescheduled by the Mercer Family Resource Center twice with results returned on November 29, 2021, recommending level 2.1 intensive outpatient treatment (IOP). The defendant was scheduled to commence IOP at the Self Help Center the evening of December 6, 2021.

On December 6, 2021, the defendant signed a *Waiver of Hearing to Modify Conditions of Supervised Release*, agreeing to home detention with Radio Frequency (RF) monitoring for 60 days. It was believed home detention with location monitoring was the best course of action to reduce community access and provide structure, allowing the defendant to focus on substance abuse treatment.

**Violation No. 4**

Special Condition

The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 60 days and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant shall comply with a schedule established by the supervising officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the probation officer.

The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.

**Nature of Noncompliance**
On January 20, 2022, the defendant cut off his ankle monitor at approximately 9:28 p.m. and absconded from supervised release.

**U.S. Probation Officer's Action**
After receiving the alert of an equipment tamper, this officer immediately attempted to contact the defendant via telephone and text message to no avail. Subsequent contact with the defendant's roommate revealed the defendant was not at his residence, and the ankle unit had been cut and was sitting next to the base unit. This officer collected the location monitoring equipment from the defendant's residence on January 21, 2022, and confirmed the defendant's current whereabouts are unknown. A *Petition for Warrant for Offender Under Supervision* is submitted to the Court.

**Penalties for Supervised Release Violations:**

**Statutory Penalties:** According to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release and require the person to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. The maximum revocation term of custody for a Class C Felony is 2 years.

Pursuant to 18 U.S.C. § 3583(h), if supervision is revoked and the defendant is sentenced to a term of imprisonment, the Court may sentence the defendant to an additional term of supervised release. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the original offense, less any term of imprisonment imposed upon revocation of supervised release.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a). This section states that for Grade C Violations with a Criminal History Category of VI, and where the defendant was on supervised release as a result of a sentence for a Class C felony, the applicable imprisonment range is 8 to 14 months.

Petition for Warrant
Joshua Michael Beckstead

> Pursuant to U.S.S.G. § 7B1.3(g)(2), the term should not exceed the original term of supervised release authorized by statute less any term of imprisonment imposed upon revocation.


**Abbott**

# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 60877319 |
| Specimen ID Number: | 804902206 |
| Specimen Type: | URINE |

**WYOMING PROBATION - CASPER**

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670       Fax: 307-261-5759

Collection Site Number: 10890001P
Collection Site Name: WYOMING PROBATION - CASPER
Collection Site Address: 111 S. WOLCOTT
Collection Site City, State Zip: CASPER, WY 82602
Collection Site Phone: 307-261-5752
Collection Site Fax: 000-000-0000

| | |
|---|---|
| PACTS Number: | 15204 |
| Onsite Test ID: | RS79248 |
| Case Officer Initials: | JO |

**Collector Name**
NA

Donor Name/ID: BECKSTEAD

Reason for Drug Test: Urine Surveillance

| | |
|---|---|
| Date Collected: | 11/22/21 |
| Date Received: | 12/06/21 |
| Date Reported: | 12/13/21 |

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | AMPHETAMINE | |
| | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 97 % |
| | L-METHAMPHETAMINE | 2 % |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

NA

---

IVY STELZNER - CERTIFYING TECHNICIAN/SCIENTIST

COLLECTOR NAME

Page 1 of 1



**Alere Toxicology Services, Inc.**
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

# DRUG TEST REPORT

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 60796921 |
| Specimen ID Number: | 804907308 |
| Specimen Type: | URINE |

WYOMING PROBATION - CASPER

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670    Fax: 307-261-5759

| | |
|---|---|
| Collection Site Number: | 10890001P |
| Collection Site Name: | WYOMING PROBATION - CASPER |
| Collection Site Address: | 111 S. WOLCOTT |
| Collection Site City, State Zip: | CASPER, WY 82602 |
| Collection Site Phone: | 307-261-5752 |
| Collection Site Fax: | 000-000-0000 |

| | |
|---|---|
| PACTS Number: | 15204 |
| Onsite Test ID: | R567306 |
| Case Officer Initials: | JO |
| **Collector Name** | |
| | N/A |

Donor Name/ID: BECKSTEAD

Reason for Drug Test: Urine Surveillance

| | |
|---|---|
| Date Collected: | 11/11/21 |
| Date Received: | 11/24/21 |
| Date Reported: | 11/30/21 |

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | AMPHETAMINE | |
| | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 97% |
| | L-METHAMPHETAMINE | 2% |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_signature_

DAVID GOLZ - CERTIFYING TECHNICIAN/SCIENTIST

N/A

COLLECTOR NAME

Page 1 of 1



# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053
(800) 433-3823
FAX: (504) 361-8298

WYOMING PROBATION - CASPER

111 S. WOLCOTT
ROOM 300
CASPER, WY 82601
Facility Phone: 307-232-2670        Fax: 307-261-5759

| | |
|---|---|
| Account Number: | 10890002P |
| Div. Office Number: | 10890001P |
| National Lab Number: | 60690851 |
| Specimen ID Number: | B04907300 |
| Specimen Type: | URINE |

Collection Site Number: 10890012PV
Collection Site Name: DRUG TESTING SERVICES OF NATRONA CO
Collection Site Address: 1988 EAST FIRST ST.
Collection Site City, State Zip: CASPER, WY 82601
Collection Site Phone: 307-235-6001
Collection Site Fax: 000-000-0000

PACTS Number: 15204
Onsite Test ID: RSS3203
Case Officer Initials: JJO

**Collector Name**
ILLEGIBLE

Donor Name/ID: BECKSTEAD

Reason for Drug Test: Urine Surveillance

Date Collected: 11/03/21
Date Received: 11/12/21
Date Reported: 11/16/21

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | METHAMPHETAMINE | |
| NOTIFICATION | D-METHAMPHETAMINE | 97 % |
| | L-METHAMPHETAMINE | 2 % |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

WARREN GLAPION - CERTIFYING TECHNICIAN/SCIENTIST

ILLEGIBLE

COLLECTOR NAME

Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  12-CR-165-SWS |
|  | ) | 12-CR-262-SWS |
|  | ) | 12-CR-263-SWS |
|  | ) | 12-CR-280-SWS |
| Joshua Michael Beckstead | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Michael Beckstead ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ❐ Complaint
❐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release.

Date: 01/21/2022

*Issuing officer's signature*

City and state:   Casper, WY

Margaret Botkins, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                    Weight:

Sex:                                                         Race:

Hair:                                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: