

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:22−mj−00399−JCB All Defendants

Case title: USA v. Beckstead

Date Filed: 06/02/2022
Date Terminated: 06/09/2022

Assigned to: Magistrate Judge Jared C. Bennett

### Defendant (1)

**Joshua Michael Beckstead**
*TERMINATED: 06/09/2022*

represented by **Wojciech S. Nitecki**
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
(801)524−5327
Email: wojciech_nitecki@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release Violation | |

**Plaintiff**

USA

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/02/2022 | 1 | | Arrest (Rule 5) of Joshua Michael Beckstead Warrant out of the USDC Wyoming. Assigned to Magistrate Judge Jared C. Bennett (ksm) (Entered: 06/02/2022) |
| 06/02/2022 | 2 | | ORDER SETTING IN−PERSON HEARING OR TRIAL as to Joshua Michael Beckstead Initial Appearance − Rule 5 set for 6/9/2022 at 11:00 AM in Rm 8.400 before Magistrate Judge Daphne A. Oberg. Signed by Magistrate Judge Daphne A. Oberg on 6/2/22.(ksm) (Entered: 06/02/2022) |
| 06/09/2022 | 3 | | Minute Entry for proceedings held before Magistrate Judge Daphne A. Oberg: Initial Appearance in Rule 5/5.1 Proceedings as to Joshua Michael Beckstead held on 6/9/2022. Defendant is present with counsel and in custody. Defendant requests counsel. Financial affidavit provided. The court appoints the FPD office. Appearance entered by Wojciech S. Nitecki for Joshua Michael Beckstead on behalf of defendant. Waiver of Rule 32 Hearing signed and accepted in court. Defendant request detention to be handled in Wyoming. Defendant is remanded to the USMS pending transfer to the District of Wyoming. Attorney for Plaintiff: Margot Johnson, Attorney for Defendant: Wojciech Nitecki, FPD. Interpreter: Not needed. Court Reporter: Electronic.(Time Start: 11:05, Time End: 11:15, Room 8.400.) (lam) (Entered: 06/09/2022) |
| 06/09/2022 | 4 | | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joshua Michael Beckstead Wojciech S. Nitecki for Joshua Michael Beckstead appointed. No attached document.<br><br>Representation shall continue for any post−sentencing activities initiated by the US Probation Office. Signed by Magistrate Judge Daphne A. Oberg on 6/9/2022.(lam) (Entered: 06/09/2022) |
| 06/09/2022 | 6 | | WAIVER of Rule 5(c)(3) Hearing by Joshua Michael Beckstead (lam) (Entered: 06/09/2022) |
| 06/09/2022 | 7 | | COMMITMENT TO ANOTHER DISTRICT as to Joshua Michael Beckstead. Defendant committed to District of Wyoming. Signed by Magistrate Judge Daphne A. Oberg on 6/9/2022.(lam) (lam). (Entered: 06/09/2022) |

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:22mj399 |
| ) | |
| _____ ) | Charging District's Case No. |
| *Defendant* ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* _____ .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/9/2022

*Defendant's signature*

*Signature of defendant's attorney*

WOJCIECH NITECKI
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:22mj399-JCB |
| Joshua Michael Beckstead | ) | Charging District's |
| | ) | Case No.  12cr165, 12cr262, 12cr263, 12cr280 |
| *Defendant* | ) | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of  Wyoming ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  June 9, 2022

*Daphne A. Oberg*
*Judge's signature*

Magistrate Judge Daphne A. Oberg
*Printed name and title*