IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case Nos.  12-CR-165-SWS<br>12-CR-262-SWS<br>12-CR-263-SWS<br>12-CR-280-SWS |
| JOSHUA MICHAEL BECKSTEAD, | |
| Defendant. | |

## ORDER REVOKING DEFENDANT'S SUPERVISED RELEASE

The above-captioned matter came before the Court on August 29, 2022, on a Petition for Warrant for Arrest and Revocation of Supervised Release. The Court having heard evidence, the Defendant having admitted to the violations contained in the Petition,

**FINDS and ORDERS** as follows:

The defendant is found to be in material violation of the terms and conditions of supervision, and supervision is revoked. The Defendant is sentenced to 6 months imprisonment, followed by 18 months of supervised release. During that term of supervised release, he shall submit to any and all recommended treatment as determined necessary and in accordance with the recommendations of his probation officer, which may include inpatient treatment. The defendant must comply with all conditions of supervision previously imposed, including all monetary obligations. The following additional special conditions are imposed:

2

The defendant shall serve up to 90 days at a Residential Re-Entry Center (RRC) as a public law placement, as directed by the U.S. Probation officer, and shall abide by all rules and regulations of the program.

The defendant may be released from the RRC prior to 90 days if he is entering an inpatient treatment program approved by the U.S. Probation Officer. The defendant shall participate in and successfully complete the program. He shall abide by the rules, requirements and conditions of the treatment program. The defendant shall not discontinue treatment without the permission of the U.S. Probation Officer.

The Court recommends to the Bureau of Prisons that the Defendant be placed at Platte County Detention Center.

Dated this 29th day of August, 2022.

Scott W. Skavdahl
Chief United States District Judge