Judge SKAVDAHL.

Sir, I came before you about 8-29-22 I'm the guy that cut off my ankle monitor because I had nowhere to keep my 107 lb purebred Black lab. His name is Hunter. He is my best buddy I got him in may of 2020. I'll get back to him in a minute.

At court I asked you for 180 days in Jail A new ASI followed by whatever treatment my ASI reccomends And a year on paper. You agreed Except with 18 mos paper. I'm asking you to reconsider and allow me to do my last 45-60 days At the ½ way house in Casper.

Heres why, when I got arrested in may, my dog went to my ex mom in laws, She does not have the room for hunter. Though All Agree he is an awesome House dog, she will be moving in late January. She told me on the phone tonight that its out of her hands. If I dont have my shit straight by the time she moves, ~~[scribbled out]~~ Hunter will have to go to the Shelter. Also shes not sure what will happen to my Jeep also in her care.

I am not sure what to say except the truth. I'll do whatever it takes for my dog I'll Stay clean, I'll comply with probation, I hope you will consider letting me do my

Last 45-60 days At CRC in Cosper. I will at least be able to RusH my A.S.I And do what needs to be done in that respect Also its Hunting season & Im a skilled skinner/Butcher, work will come fast. Also It will give me time to find a local foster for my dog Just incase treatment goes beyond Jan.

Please & thank you

Joshua B[signature]

Fed # 11698-059

mrs Gilbertson from CRC told me I was welcome to come back to CRC And I could always use her for a reference. of course that was in 2020 :)