TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSHUA MICHAEL BECKSTEAD,<br>                        Defendant. | Case No. 12-CR-262-S<br>            12-CR-263-S<br>            12-CR-165-S<br>            12-CR-280-S |

## MOTION FOR ASI EVALUATION AT GOVERNMENT EXPENSE

The Defendant, Joshua Michael Beckstead, by and through court appointed counsel, Tracy R. Hucke and moves the Court for an order allowing an ASI Evaluation at Government expense.

1. Defendant is currently incarcerated at the Platte County Detention Center.

2. An ASI evaluation for Mr. Becksteads will costs approximately $180.

3. Mr. Beckstead is indigent and cannot afford the cost of obtaining an ASI

evaluation.

4. Mr. Beckstead needs an ASI Evaluation to complete the application process for inpatient residential treatment at the Volunteers of America Treatment Centers.

5. Mr. Beckstead has exhausted all other options for obtaining a timely ASI evaluation.  He simply cannot raise the funds.

6. Defendant is currently incarcerated at Platte County Detention Center, in Wheatland, Wyoming and said ASI Evaluation would be performed by Beverly Frackell.

Accordingly, Mr. Beckstead asks this Court to enter an order allowing him to obtain an ASI Evaluation at the Government Expense.

DATED this 4th Day of October day of August 2022.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                */s/ Tracy Racicot Hucke*
                Tracy Racicot Hucke
                Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2022 the foregoing was electronically filed and consequently served on counsel of record.

                                        */s/ Tracy Racicot Hucke*
                                        Tracy Racicot Hucke