# United States District Court
## District of Wyoming
### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Joshua Michael Beckstead | Case No.: 12CR-0165-S; 0262; 0263; 0280 |
| Sentencing Judicial Officer: | Scott W. Skavdahl | |
| Date of Original Sentence: | March 7, 2013 | |
| Original Offense: | 12CR-0165-S Count 1: Bank Robbery; Count 2: Bank Robbery | |
| | 12CR-0262-S Count 1: Credit Union Robbery | |
| | 12CR-0263-S Count 1: Credit Union Robbery | |
| | 12CR-0280-S Count 1: Bank Robbery | |
| Original Sentence: | 112 months custody/ 3 years supervised release | |
| Type of Supervision: | Supervised Release | |
| Date Supervision Commenced: | May 13, 2020 | |
| Date Supervision Modified: | March 9, 2021; 90 days location monitoring program | |
| Date Supervision Revoked: | May 6, 2021; 60 days custody / 24 months supervised release, first 120 days at residential reentry center | |
| Date Supervision Re-commenced: | June 19, 2021 | |
| Date Supervision Modified: | December 10, 2021; 60 days location monitoring program | |
| Date Supervision Revoked: | August 29, 2022; 6 months custody / 18 months supervised release | |
| Date Supervision Re-commenced: | November 25, 2022 | |
| Assistant U.S. Attorney: | Stuart S. Healy | |
| Defense Attorney: | Tracy Hucke | |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 FEB -3 PM 3:57
MARGARET BOTKINS, CLERK
CASPER

### Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have filed an amended petition

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total of ___ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_Angie Miller_ for _____     2/3/2023
Josh Oster                                         Date
Senior U.S. Probation Officer

Approved by: _Angie Miller_
             Angie Miller
             Supervisory U.S. Probation Officer

Petition for Warrant
Joshua Michael Beckstead

| THE COURT ORDERS: | THE COURT FURTHER ORDERS: |
|---|---|
| ☐ No Action<br>☒ The issuance of a warrant<br>☐ The issuance of a summons<br>☐ Other | ☐ Counsel to file Notice of Intent to Contest the Results of the Urinalysis Testing within two days of the Initial Appearance on this Petition. |

_____
Scott W. Skavdahl
Chief U.S. District Judge

2/3/23
Date

1) **Violation of Special Condition: The defendant may be released from the RRC prior to 90 days if he is entering an inpatient treatment program approved by the U.S. Probation Officer. The defendant shall participate in and successfully complete the program. He shall abide by the rules, requirements, and conditions of the treatment program. The defendant shall not discontinue treatment without the permission of the U.S. Probation Officer.**

   a) The defendant was unsuccessfully discharged from the Volunteers of America - Life House residential substance abuse treatment program on February 3, 2023.

**Preliminary Advisory Revocation Guideline Calculation**
The defendant was originally convicted of a Class C Felony, thus the maximum sentence allowed is 2 years. The most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history category is VI, thus the advisory range for revocation is 8 to 14 months.