NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 1:12-cr-00165-SWS-1 |
| **JOSHUA MICHAEL BECKSTEAD,** | |
| Defendant. | |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff, the United States of America, by and through the United States Attorney for the District of Wyoming, and Jasmine M. Peters, Assistant United States Attorney, respectfully moves this Court, pursuant to Fed. R. Civ. P. 37, for an Order compelling Defendant, Joshua Michael Beckstead, to provide answers to previously served Interrogatories and produce documents responsive to previously served Requests for Production. In support of this motion, the undersigned provides as follows:

1. On November 28, 2022, the United States mailed Defendant discovery in aid of collection for the debt owed by virtue of the Judgment in this case. Answers and responsive documents were due thirty (30) days from the date sent.

2. The mail was not returned by the postal service.

3.      Defendant did not respond to the discovery, *at all*.

Accordingly, pursuant to FED. R. CIV. P. 37(a)(3)(B), the United States requests this Court order Defendant to answer the previously served Interrogatories and provide responsive documents to the previously served Requests for Production within fourteen (14) days of its Order.

DATED this 8th day of February 2023.

                                          NICHOLAS VASSALLO
                                        United States Attorney

By:    /s/ *Jasmine M. Peters*
         JASMINE M. PETERS
         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Joshua Michael Beckstead
540 Pineview Place
Casper, WY 82609-2636

                                          /s/ *Teresa L. Fisher*
                                          Teresa L. Fisher
                                          United States Attorney's Office