NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

## UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 1:12-cr-00165-SWS-1 |
| **JOSHUA MICHAEL BECKSTEAD,** | |
| Defendant. | |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL (Doc. 87) and VACATE ORDER TO COMPEL (Doc. 88)**

Plaintiff United States of America, by and through Assistant United States Attorney Jasmine M. Peters submits this motion to withdraw the previously filed motion to compel (Doc. 87) and vacate the subsequent order to compel (Doc. 88).

On February 8, 2023, the United States through the Financial Litigation Program ("FLP") of the United States Attorney's Office filed a motion to compel Defendant, Joshua Michael Beckstead, to answer previously served Interrogatories and provide responsive documents to previously served Requests for Production. (Doc. 87). This Court granted the United States' motion the same day. (Doc. 88).

On February 9, 2023, undersigned counsel conferred with U.S. Probation concerning Defendant and Defendant's upcoming revocation before this Court. At this time, the United States

no longer needs the assistance of the Court to obtain discovery responses. Accordingly, the United States requests the Motion to Compel (Doc. 87) be withdrawn and that the Court vacate the Order to Compel (Doc. 88).

DATED this 9th day of February 2023.

>NICHOLAS VASSALLO
>United States Attorney
>
>By:   */s/ Jasmine M. Peters*
>JASMINE M. PETERS
>Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Joshua Michael Beckstead
Platte County Detention Center
850 Maple Street
Wheatland, WY 82201

>*/s/ Teresa L. Fisher*
>Teresa L. Fisher
>United States Attorney's Office